ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-790 PAM/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIM CARPENTER

Defendant.

STIPULATION

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including June 10, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: May 13, 2000

B. TODD JONES
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 5/22/00

Kim Carpenter, pro se
Defendant

IT IS SO ORDERED.

Dated: 5/24/00

United States Magistrate Judge
United States District Court

FILED MAY 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK